39 F.3d 1168
 Bongiorno (Robert)
v.
Lalomia (Santo), Chairman, Cannella (Samuel M.), Cofrancesco
(Peter J.), Kovacs (Oliver R.), McGlynn (William E.), Monaco
(Daniel A.), Orechio (Frank), Commissioner, Zanzuccki
(Francesco), Executive Director of New Jersey State Racing
Commission; La Poff (Jeffrey) v. Lalomia (Santo), Chairman,
Cannella (Samuel M.), Cofrancesco (Peter J.), Kovacs (Oliver
R.), McGlynn (William E.), Monaco (Daniel A.), Orechio
(Frank), Commissioner, Zanzuccki
 NOS. 94-5277, 94-5278, 94-5279, 94-5280, 94-5281.
 United States Court of Appeals,
Third Circuit.
 Sept 30, 1994
 
 Appeal From: D.N.J.,
 Politan, J.,
 
 851 F.Supp. 606
 
 1
 AFFIRMED.